# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2014

148080

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MOUNT PLEASANT PUBLIC SCHOOLS,
　　　Respondent-Appellee,

v

MICHIGAN AFSCME COUNCIL 25, AFL-CIO,
and its affiliated LOCAL 2310,
　　　Charging Party-Appellant.

SC: 148080
COA: 304326
MERC: 10-000104

_____/

On order of the Court, the application for leave to appeal the October 15, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and MCCORMACK, JJ., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2014



Clerk

t0429